IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VFS LEASING CO.,**

**Plaintiff,**

**v.**

**GARLAND ZIMMERMAN SR.,
DONNA ZIMMERMAN, and
GARLAND ZIMMERMAN JR.,**

**Defendants.**                                     No. 11-0182-DRH

### ORDER

**HERNDON, Chief Judge:**

On July 26, 2011, defendants Garland Zimmerman Sr. and Donna Zimmerman filed a suggestion of bankruptcy stating that they filed Chapter 7 bankruptcy on July 25, 2011 in the Bankruptcy Court for the Southern District of Illinois. Thus, pursuant to the automatic stay provision of the bankruptcy code, 11 U.S.C. § 362, the Court **STAYS** this matter. The parties shall notify the Court in writing in writing when the bankruptcy proceeding is completed.

**IT IS SO ORDERED.**

Signed this 27th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.27 10:55:45 -05'00'

Chief Judge
United States District Court