IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VFS LEASING CO.,

Plaintiff,

v.

GARLAND ZIMMERMAN SR.,
DONNA ZIMMERMAN, and
GARLAND ZIMMERMAN JR.,

Defendants.                                          No. 11-0182-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management.  On July 27, 2011, the Court stayed this matter pursuant to the automatic stay provision of the bankruptcy code, 11 U.S.C. § 362 (Doc. 18).  In light of the length of the stay, the Court **DIRECTS** the parties to inform the Court in writing the status of the bankruptcy proceedings on or before July 13, 2012.

    **IT IS SO ORDERED.**

    Signed this 29th day of June, 2012.

Digitally signed by
David R. Herndon
Date: 2012.06.29
14:13:27 -05'00'

**Chief Judge**
**United States District Court**