## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VFS LEASING CO.,**

**Plaintiff,**

**v.**

**GARLAND ZIMMERMAN SR.,**
**DONNA ZIMMERMAN, and**
**GARLAND ZIMMERMAN JR.,**

**Defendants.**                                               **No. 11-0182-DRH**

### ORDER

**HERNDON, Chief Judge:**

  Now before the Court is plaintiff's notice of dismissal without prejudice (Doc. 23). Based on the notice, the Court acknowledges the dismissal, dismisses the case without prejudice and closes the file.

  **IT IS SO ORDERED.**

  Signed this 13th day of July, 2012.

Digitally signed by
David R. Herndon
Date: 2012.07.13
11:24:01 -05'00'

**Chief Judge**
**United States District Court**